Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Miami Division

| | |
|---|---|
| Farrand Clarke-El & Cynthia Sanders-Bey<br>_Plaintiff(s)_<br>(Write the full name of each plaintiff who is filing this complaint.<br>If the names of all the plaintiffs cannot fit in the space above,<br>please write "see attached" in the space and attach an additional<br>page with the full list of names.)<br><br>-v-<br><br>Toyota of North Miami (Eric Friedman), LLC<br>Judge Gordon Murray, Judge Milena Abreu,<br>Richardson Jean Esq., Angelo Gasparri, Esq.<br>_Defendant(s)_<br>(Write the full name of each defendant who is being sued. If the<br>names of all the defendants cannot fit in the space above, please<br>write "see attached" in the space and attach an additional page<br>with the full list of names.) | Case No. 24-CV-24872-RKA<br>_(to be filled in by the Clerk's Office)_<br><br>FILED BY _____ D.C.<br>DEC 1 2 2024<br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - MIAMI |

AMENDED FROM NOTICE OF REMOVAL

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Farrand Clarke-El & Cynthia Sanders-Bey |
| Street Address | 13900 N.W. 14th Avenue |
| City and County | Miami, Dade |
| State and Zip Code | Florida, 33167 |
| Telephone Number | (786)357-0580 / (305)968-3498 |
| E-mail Address | farrandclarke@gmail.com / cynthia.sanders01@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**Defendant No. 1**

Name — Toyota of North, LLC. (Owner Eric Friedman)

Job or Title *(if known)* — Owner

Street Address — 16600 N.W. 2 Avenue

City and County — Miami   Dade

State and Zip Code — Florida   33169

Telephone Number — (305) 402-4836

E-mail Address *(if known)* — Eric.Friedman @ toyota of North.miami.com

**Defendant No. 2**

Name — Judge Gordon Murray

Job or Title *(if known)* — Judge

Street Address — 5400 N.W. 22 Avenue

City and County — Miami   Dade

State and Zip Code — Florida         33142

Telephone Number — (305) 636-2260

E-mail Address *(if known)* — Rchavez @ jud11. flcourts.org

**Defendant No. 3**

Name — Judge Milena Abreu

Job or Title *(if known)* — Judge

Street Address — 11 East 6th Street

City and County — Hialeah   Dade

State and Zip Code — Florida   33030

Telephone Number — (305) 520-4045

E-mail Address *(if known)* — Mabreu @ jud11. flcourts.org

**Defendant No. 4**

Name — Angelo Gasparri and Richardson Jean

Job or Title *(if known)* — Attorneys

Street Address — 10360 West State Road 84

City and County — Fort Lauderdale, Broward

State and Zip Code — Florida   33324

Telephone Number — A. Gasparri (954) 370-9970   R. Jean (954) 370-9970

E-mail Address *(if known)* — agasparri @ kellykronenberg.com
rjean @ KKlaw.com

Page 2 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question                  [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Treaty of Peace and Friendship 1786 - 1787, ratified in Treaty 1836

15 USC Sections 1116 , 18 USC 242 , 18 USC 241 , 5th, 6th, 8th and 14

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

    a.     If the plaintiff is an individual

The plaintiff, *(name)* Farrand Clarke-El & Cynthia Sanders-Bey is a citizen of the State of *(name)* Al-Morocco (Land of Flowers) modern name of State is Florida

    b.     If the plaintiff is a corporation

The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)*

and has its principal place of business in the State of *(name)*

N/A

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

    a.     If the defendant is an individual

The defendant, *(name)* Eric Friedman Toyota of North Miami , is a citizen of the State of *(name)* Florida . Or is a citizen of *(foreign nation)* Now

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.     What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

The facts of the claim are deprivation of rights, conspiracy against rights. Facts are outlined in attachment to this complaint Section and or Paragraphs # (

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

All rules and laws were perfected leading up to filing lawsuit in state court. The judges allowed defense attorneys to knowingly and intentionally commit fraud on the court. They committed vexatious pleadings causing unnecessary delay, which is a criminal violation of obstruction of justice. Vehicle still not functioning to potential forced to drive under harmful conditions and pay and litigate against fraud.

## V.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Temporary Injunction against 11th Judicial circuit, allow 10 days to prepare 42 USC 1983 civil rights violations. Stay all proceedings effective immediately till matter of all violations addressed in civil rights complaint is resolved!

b.  If the defendant is a corporation

The defendant, *(name)* Toyota of North Miami, LLC , is incorporated under

the laws of the State of *(name)* Florida , and has its

principal place of business in the State of *(name)* Florida .

Or is incorporated under the laws of *(foreign nation)* None ,

and has its principal place of business in *(name)* N/A

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain):*

Deprivation of Rights, Conspiracy against rights, Clevationalization, Delay of Justice, obstruction of Justice, and Fraud.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur? Miami Dade County, Florida

B.  What date and approximate time did the events giving rise to your claim(s) occur?

11/05/2024, Judge Milena Abreu set a non-dispute case for trial and refused to invoke jurisdiction in compliance with Florida Constitutions Article I Section II, Section 9, and Section 16, also Sections 21. In violation of Article V Section 5 (b), which is prohibited under Article II Section 11 (a)(1). Illegal set for trial 12/16/2024.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      12/13/2024

Signature of Plaintiff      _Farrand Clarke El & Cynthia Sanders-Bey_

Printed Name of Plaintiff      Farrand Clarke-El & Cynthia Sanders-Bey

### B.    For Attorneys

Date of signing:      _____

Signature of Attorney      _____

Printed Name of Attorney      _____

Bar Number      _____

Name of Law Firm      _____

Street Address      _____

State and Zip Code      _____

Telephone Number      _____

E-mail Address      _____

### Affidavit of Facts Farrand Clarke – El & Cynthia Sanders – Bey

## STATEMENT OF THE CASE

1. On 11/11/2024, Plaintiffs proceeded to Southern District Court for Copies of several fillable forms. Plaintiff Farrand Clarke – El Came back around 2:30 P.M. and requested two copies of Federal Injunction forms and was told by an unidentifiable clerk manning the front desk the forms for injunction was ot available at their office. However, she provided the 42 U.SC. 1983 Packet. A review of Exhibit "A" attached will evidence the forms are supposed to be available upon request in the clerk of court for the Southern District and on the southern district website. Upon review of the Southern District website the injunction forms are not available. Injunction forms for the district court are only available on the United States District Court Website. Thus, reasons for filing for Notice of Removal is only for defendants to remove cases from state court. The proper forum to invoke jurisdiction of the district court is injunction. See 15 U.S.C. 1116, Plaintiffs did not use the notice of removal to be vexatious or to cause an unnecessary delay. The forum Notice of Removal was used due to the unavailability of the Injunction forms at the time of filing in order to beat the deadline for the criminal violations committed by the 11th Judicial Circuit Court and its agents and the law firm of Kelly Kronenberg and its agents and defendant Toyota of North Miami Eric Friedman. Federal Warrants and Indictment in the form of Declaration/Affidavits pursuant to 28 U.S.C. 1746 will be filed with the United States F.B.I. Director Kash Patel, and all agencies who can make an arrest of the culprits who have violated and infringed upon all of Plaintiffs rights. Through no fault of Plaintiffs, we now move requesting the temporary restraining order to be issued to the 11th Judicial Circuit Court to stay all proceedings based on the foregoing facts:

2. On 02/27/2024, Plaintiffs filed a complaint in the 11th judicial circuit court for Miami – Dade County, Florida, Case Number 24-42334-SP-20 (state court small claims action). A copy of the complaint is in the exhibits, attached as Exhibits "A".

3. Defendant Toyota of North Miami Owner Eric Friedman was properly served with summons and complaint timely. 02/27/2024.

4. The Complaint purports to assert three causes of action including: Claim One FRAUD: took money for a job/work performance the defendants knew they could not perform. They knew they could not perform according to the

Toyota Repair Standards. Claim Two BUSINESS MALPRACTICE: Toyota Business guidelines for repairs and invoices was not complied with, no box for return of property. Did not return pipes. Claim Three DESTRUCTION of PROPERTY: Took original pipes and did not return them. Plaintiffs sought compensatory and punitive damages in the sum of $8,000.00. There was no response or dispute in writing by the defendant at any time.

5. Plaintiffs sought default judgement based on the rules of court where there is no dispute to facts due to the defendants not appealing the Consumer Protection and Code Enforcement Citations and Fines. Judge Milena Abreu while acting under color of law refuse to comply with the rules of court and default defendants and enter judgement in favor of Plaintiffs, but rather allowed her assistant to set the matter for a zoom hearing.

6. On 11/01/2024, a zoom hearing was had, and Plaintiffs made a special appearance against their will to illegal zoom hearing. The judge was hearing Defendant fraud motion filed stating no cause of action was made and he did not understand the cause of action. The judge denied the motion and refused to place the order and her findings on the docket. The hearing was recorded and can be entered into evidence upon this court's request. A review of the Docket will evidence the judge violation while acting under color of law. Judge Milena Abreu did not report attorney Richard Dean criminal acts of Official Misconduct. But rather used intimidation tactics to force Plaintiffs to mediate, out of fear and coercion of not wanting lawsuit to be dismissed for non-compliance Plaintiffs agreed due to the judge's pressure.

7. On 11/04/2024, during mediation between Plaintiffs and Defendants ttorney Richard Dean he again continued with perjured testimony that he did not understand the complaint, there was no cause of action, and his client is only responsible for payment of repairs $1,200.00.

8. On 11/05/2024, Judge Milena Abreu filed an order setting the case for trial without consent of Plaintiffs, and in violation of Plaintiffs rights due to their not being a dispute and the defendants defaulted.

9. On 11/04/2024, Plaintiffs filed a notice of removal to the court due to non-compliance with treaty rights, rules of court, and the judge violating while acting under color of law. Also, failure to report criminal acts of Defendants and their attorneys of record.

10. The relief sought by Plaintiffs on behalf of themselves are as follow(s):

**Damage**                                                    **Costs**

Compensatory damages ..................................... $5,893.14

- Labor for repairs $1,700.00 See Exhibit "D"
- Cost for Catalytic Converters $1,418.80 See Exhibit "D"

- Cost for Rental Cars $381.00, $571.37, $239.97
  See Exhibit "E"
- Train tickets was $582.00 See Exhibit "E"

Punitive damages ............................................... $4,000.00

- See Exhibit "A" Repeat Offense and Reckless Disregards
- See Exhibit "F" Shop does not have a welding machine and they only wanted to refund $1,200.00 for labor costs which was far less than damages.
- Defendants refused to refund and could not repair the vehicle and they knew that they did not have the proper equipment for repairs.
- Defendants threw away the Plaintiffs original parts.
- Defendants committed unfair and deceptive trade practices resulting in fraud and shall be punished for conduct as prescribed in *Browning-Ferris v. Kelco*.

WHEREAS, Plaintiff has stated his claims for relief in the compensatory and punitive damages based on Toyota of North Miami Unfair Business Practices and move forward for the award of the sum of:

**Total: $8,000.00** payable in lawful money of USD.

Plaintiffs also seek additional relief from the Defendant attorney of record and the judges for conspiring and depriving the Plaintiffs of both their Treaty Rights and rights to due process ad equal protection of law.

## Summary Judgement

**Damage(s)**

Deprivation of rights under the color of law (18 USC 242) ...$200,000.00
Denationalization ................................................. $2,000,000.00
Conspiracy against rights (18 USC 241) ........................ $200,000.00
Fraud (18 USC 1001............................................... $500,000.00
Compensatory Damages............................................$200,000.00
Punitive Damages.................................................. $200,000.00
Consular Costs.................................................... $100,000.00
Miscellaneous expenses (mailing, paper, ink, travel etc.) ....... $25,000.00
Special appearances.............................................. $20,000.00
**Totaling Amount** ............................................ $3,445,000.00
To be paid jointly between all defendants!

Also, report their criminal acts of 18 U.S.C. 2382, 18 U.S.C. 2381, 18 U.S.C. 1341, 18 U.S.C. 2073. and 18 U.S.C. 4. Florida Rules of Criminal Procedure Rule

838.022 Official Misconduct, and the following legal precedence for [COMMON LAW] for judges who commit treason against heir oath of office: Where a litigant can prove that an officer of the court fraudulently coerced or improperly influenced the impartial nature of the court, fraud on the court can be established. See **Bulloch V. United States, 721 F.2d 713 at 718 (10th Cir. 1984);** constitution Article II Section 5 (a) and (b), Article III Section 11 (a)(1), Article V Section 5(b), Articles I Section 2, Article I Section 9, and Article 1 Section 16.

> *"If a judge does not comply with the constitution, then his orders are void, See **In Re Sawyer**, 8 S.Ct. 482 (1888),* he is without jurisdiction to act. If a court acts where they did not have authority to act the court orders are null and void. See
> **Elliot V. Piersol**, 26 U.S. 328, 340 (1828) (Courts are constituted by authority, they cannot act beyond the power delegated to them. If a court acts without authority, in judgements and orders are regarded as nullities. They are not voidable, but simply void; and form no bar to a remedy sought in opposition to them, even prior to reversal. They constitute no justification; and all persons concerned in executing such judgements, or sentences, are considered, in law, as trespassers.") **Basso V. Utah Power and Light Co.**, 495 F.2d 906, 910, **United States V. Throckmorton**, 98 U.S. 61, 25 L. Ed. 93 (Fraud vitiates the most solemn contracts, documents, and even judgements.") which applies to this case.

## <u>GROUNDS FOR REMOVAL FROM</u>
## <u>STATE COURT TO FEDERAL COURT</u>
### <u>FEDERAL QUESTIONS</u>

11.The following are grounds for the removal:

Ground One: Did Judge Milena Abreu who acted under color of law deprive and conspire against Plaintiffs due process and equal protection rights by violating jurisdiction Florida Constitution Article V Section 5 (b) when she refused to answer the questions to invoke jurisdiction to reside over Plaintiffs sue in Writ of Quo Warranto filed directly to her person? Yes, A copy of the judge's denial to Writ of Quo Warranto is listed in the docket, questions were not answered and the

judge just denied quo warranto! If a judge does not answer questions in quo warranto they are devoid of jurisdiction.

Ground Two: Did Juge Milena Abreu who acted under color of law deprive and conspire against Plaintiffs due process and equal protection rights for non compliance with 5 U.S.C. 556 & 557 by refusing to enter written order denying Defendants' attorney motion to dismiss based on fraud? Yes, the record is devoid of the judges written order denying Defendants motion and a recording of the hearing will evidence the judge's intentional violation! Violating Rule 11!

Ground Three: Did the Judges Gordon Murray and Milena Abreu while acting under color of law conspire and deprive Plaintiffs of their rights by allowing the Defendants to knowingly commit fraud on the court and refuse to address the fraud and sanction the attorneys for delay of justice and relief owed to Plaintiffs? Yes, all attorneys assigned to Plaintiffs case representing the defendant knowingly and intentionally committed fraud in court!

Ground Four: Did Judge Gordon Murray while acting under color of law Conspire and deprive Plaintiffs of their due process and equal protection rights by refusing to report, sanction, and record violations of Defendants Toyota of North Miami LLC. A corporation using its staff to represent and defend my lawsuit against them in court? Yes, Eric Friedman, owner of Toyota of North Miami knowingly sent his service managers to court to represent the Corporation against my lawsuit.

Ground Five: Did Judge Milena Abreu while acting under color of law conspire and deprive Plaintiffs of their treaty rights by non-compliance with Constitutional Laws, rules of court, and federal rules of court by setting Plaintiffs case for trial when there was no dispute and Defendant never responded and defaulted? Yes, the record will reflect the judges knowingly intentional violation.

Ground Six: Did judges Gordon Murray and Milena Abreu while acting under color of law conspired and deprive Plaintiffs of their treaty rights and rights to due process and equal protection of law when they fail to resolve Plaintiffs case by default and or summary judgement after reviewing the evidence on the record of the successful complaints that warranted citations and fines by the state Consumer Protection and Code Enforcement in favor of Plaintiffs, and no appeal was taken by the defendant, thus no dispute?

12. Ground One: Judge Milena Abreu while acting under color of law did conspire and deprive the Plaintiffs of their treaty rights See Peace and Friendship Treaty of 1786-1787, Ratified in 1836, when she knowingly refused to complete the exercise of her authority/jurisdiction by answering quo warranto as required by the Florida Constitution. See Article V section 5 (b), her acts were prohibited by law pursuant to Article III Section 11 (a) (1), whereas, she took an oath to uphold th United States and State Constitution pursuant to Article II Section 5 (b). Her acts caused irreparable harm, and an unnecessary delay of relief sought and due process and equal protection of law.

13. Ground Two: on 11/04/2024, Plaintiffs Treaty Rights and rights to due process and equal protection of law was violated by Judge Milena Abreu while she was acting under color of law, Judge Milena Abreu refuse to enter a written order of denial of defendant's attorney Richard Dean motion to dismiss. Under the Patriot Act when someone commits espionage or treason against the United States recordings and surveillance can be used. If the couerts did not record the virtual zoom hearing Plaintiffs will disclose the recording pursuant to the Patriot Act due to the Judge knowingly committing treason against the constitution. Her acts violated 5 U.S.C. 556 & 5 U.S.C. 557. See also Federal Rules of Civil Procedure Rule 11.

14. Ground Three: Judge Milena Abreu while acting under color of law violated treaty rights, rights to both due process and equal protection of law by allowing the Defense attorneys to knowingly commit fraud on the court and not sanctioning, reporting, and or taking any action in regard to the fraudulent acts. Judge Milena Abreu violated 18 U.S.C. 2382, 18 U.S.C. 2381, 18 U.S.C. 4, and 28 U.S.C. 1927, 18 U.S.C. 3162, and 18 U.S.C 401, also Federal Rules of Court Rule 11. The purpose of these rules is to prevent attorneys from committing these acts.

15. Ground Four: Judge Gordon Murray while acting under color of law Conspired and deprived Plaintiffs of their due process and equal protection rights by refusing to report, sanction, and record violations of Defendants Toyota of North Miami LLC. To send its employees to represent its corporation against Plaintiffs Lawsuit. A corporation cannot represent itself in a lawsuit. While a natural person may represent himself in court, " [a] corporation is not a natural person. It is an artificial entity created by law and as such it can neither practice law nor appear or act in person." Nicholson at 440; §454.18, Fla. Stat. Judge Gordon Murray knew his acts were a deprivation of rights and would deny due process and refused to default the Defendants after they committed the illegal act.

16. Ground Five: Judge Milena Abreu while acting under color of law conspired and deprived Plaintiffs of their treaty rights, rights to due process and equal protection of law by non-compliance with Constitutional Laws, rules of court, and federal rules of court by setting Plaintiffs case for trial when there was no dispute and Defendant never responded and defaulted. Clear violation of deprivation of rights. Florida rules of Court Rule 1.140 and Rule 1.500 Florida RUls of Court. Federal Rules of Civil Procedure Rule 55 verbatim:

Rule 55. Default; Default Judgment

(a) Entering a Default. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

15. Ground Six: Judges Gordon Murray and Milena Abreu while acting under color of law conspired and deprive Plaintiffs of their treaty rights and rights to due process and equal protection of law when they fail to resolve Plaintiffs case by default and or summary judgement after reviewing the evidence on the record of the successful complaints that warranted citations and fines by the state Consumer Protection and Code Enforcement in favor of Plaintiffs, and no appeal was taken by the defendant, thus, there was no dispute, no timely response to any of the pleadings. The prescribed time to respond lapsed, under the Annual Report for Miami – Dade County it describes what the procedures are for default and how many defaults are granted yearly, these officers of the court knew their acts to

derive Plaintiffs of their rights and acted in reckless disregard to deny the Plaintiffs

- justice and equal protection of laws. Judges generally have judicial immunity, which protects them from being sued for actions taken in their official capacity.

- However, a judge can be sued for actions that are outside of their judicial duties or if they act in complete absence of all jurisdiction.

- If a judge violated your constitutional rights or discriminated against you, you may be able to sue under federal law.

Judges enjoy broad immunity from lawsuits under both state and federal law. This protection stems from the common law principle of judicial immunity which safeguards judges against personal liability for their judicial acts, even if those acts were allegedly performed maliciously or corruptly.

This immunity applies only to acts performed within their jurisdiction and does not protect them from criminal prosecution or suits regarding non-judicial activities. For example, if a judge was involved in bribery or other forms of corruption outside his/her official duties, he/she could be sued.

While judicial immunity offers wide-ranging protections for judges, it is not absolute. There are specific circumstances where judges may lose this immunity – particularly when they act outside their jurisdiction or engage in non-judicial activities that result in harm.

As has been demonstrated, Judge Gordon Murray and Milena Abreu do not have judicial immunity, qualified immunity, or any other immunity to prevent damages for their actions in this case, as well as the defense attorneys.

17. Plaintiffs move to have an order entered granting summary judgement against the defendants as listed in Paragraph #9. Above in the sum of $3,453,000.00 to be paid jointly by all defendants. This court has jurisdiction to enter the judgement. And any other relief that is necessary to resolve this matter promptly. Also, notify the Federal Bureau of Investigation for the criminal acts of both the attorneys and judges!

**Affidavit of oath**

I declare and affirm by virtue of Divine Law, under the Zodiac Constitution, and the United States Republic Constitution 1791, and upon the honor of my Foremothers and Forefathers that the foregoing Default Judgement and Affidavit is true and correct. 28 U.S.C. 1746!

Executed this 12th day of December 2024.
Affiant: Farrand Clarke El & Cynthia Sanders-Bey, sui juris, In full life, in propria persona

Authorized representative, ex rel.
FARRAND CLARKE & CYNTHIA SANDERS;
All Rights Reserved.
13900 NW 14 Avenue
Miami, Florida republic
Non-Domestic/Non-Resident/Non-Subject
Maghrib al Aqsa.
North-West Amexem.

Duly subscribed and affirmed on this 12th day of December  1445 M.C.Y. [C.C.Y. 2024], before me, a witness for the Moorish National Republic Federal Government

# EXHIBIT

# "A"

All   Images   News   Shopping   Forums   Videos   Web   ⋮ More                                    Tools

◆ AI Overview                                                      Learn more   ⋮

Yes, you can get a copy of a federal injunction form from the Southern District of Florida by contacting the Clerk's Office in person or by contacting the Records Section. You can also search for federal court forms by keyword, number, or category using the Federal Court Finder.  🔗

Here are some other ways to access court documents:  🔗

PACER
The Public Access to Court Electronic Records (PACER) service allows users to search for and locate case and docket information for district, appellate, and bankruptcy courts. You can access PACER through the internet or at a public terminal in any courthouse.  🔗

Docket sheet
You can purchase a docket sheet from the Clerk's Office or access it online by purchasing a PACER account.  🔗

Court Records Request Form
You can submit a Court Records Request Form to the Archives division if you are unable to find copies of court documents online.  🔗

The Clerk's Office will charge a fee for copying and certifying documents. You will also need to provide the Clerk with a self-addressed stamped envelope to return the requested documents.  🔗

Forms - United States Courts |
Find a national federal court form. National court forms can be used in all federal courts. Each federal court maintains their own...
🏛 uscourts.gov                                                        ⋮

Clerk's Instructions for Obtaining Copies of Court Records
If you are not a case participant and wish to obtain a copy of a restricted document, you must contact the clerk's office, who can...
🏛 flsb.uscourts.gov                                                     ⋮

All FAQs - Southern District of Florida
How can I access the docket sheet if I don't have a CM/ECF account? You may access the docket sheet in two ways. First, you may pu...
🏛 flsd.uscourts.gov                                                     ⋮

Show all

Generated on 12/13/2024

Generative AI is experimental. For legal advice, consult a professional.



G                                                      ✕  🎤  📷  🔍      △  ⠿  C

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
### for the

_____ District of _____

_____ Division

| | |
|---|---|
| ) | Case No. |
| ) | |
| ) | _____ |
| ) | *(to be filled in by the Clerk's Office)* |
| ) | |

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*
–v–

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                _____          _____

Street Address      _____          _____

City and County     _____          _____

State and Zip Code  _____          _____

Telephone Number    _____          _____

E-mail Address      _____          _____

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

Page 3 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____ _____.

Or is incorporated under the laws of *(foreign nation)* _____ _____,

and has its principal place of business in *(name)* _____ _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

B.    What date and approximate time did the events giving rise to your claim(s) occur?

C.      What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

## V.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   _____

Signature of Plaintiff   _____

Printed Name of Plaintiff   _____

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Street Address   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____